**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CR138-W**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MARCUS DUPREE PARKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Court's Permission Allowing Defendant to Attend Grandmother's Viewing" (document #10), filed November 21, 2008. In addition to security concerns, the U.S. Marshal Service simply does not have the personnel or resources to accommodate transportation of federal prisoners for services following the death of family members.

Accordingly, the Defendant's Motion must be **DENIED**.

**SO ORDERED.**

Signed: November 21, 2008

Carl Horn, III
United States Magistrate Judge